UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:23-cv-01329-WWB-DCI

KIVA HAIR,

    Plaintiff,                                                                                    COMPLAINT

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and ZIONS DEBT
HOLDINGS LLC,

    Defendants.
_____/

## SUMMONS IN CIVIL ACTION

To:

    Experian Information Solutions Inc
    c/o: C T Corporation System
    1200 South Pine Island Road
    Plantation Florida 33324

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, 17th Floor, Fort Lauderdale, Florida 33301
Phone: 954-907-1136 / E-mail: jibrael@jibraellaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Jordan Keeler

Date: July 17, 2023 _____

*Signature of Clerk of Deputy Clerk*

CASE: 6:23-cv-01329-WWB-DCI

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:23-cv-01329-WWB-DCI

KIVA HAIR,

    Plaintiff,                                COMPLAINT

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and ZIONS DEBT
HOLDINGS LLC,

    Defendants.
_____/

**SUMMONS IN CIVIL ACTION**

To:

    ZIONS DEBT HOLDINGS LLC
    c/o: SETH YOUNG
    299 E. 950 S
    OREM, UTAH 84059

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, 17th Floor, Fort Lauderdale, Florida 33301
Phone: 954-907-1136 / E-mail: jibrael@jibraellaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Jordan Keeler

Date: July 17, 2023

_____

*Signature of Clerk of Deputy Clerk*

CASE: 6:23-cv-01329-WWB-DCI

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:23-cv-01329-WWB-DCI

**KIVA HAIR,**

    **Plaintiff,**                                                                                   **COMPLAINT**

**v.**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and ZIONS DEBT
HOLDINGS LLC,**

    **Defendants.**
_____/

## SUMMONS IN CIVIL ACTION

To:

    Trans Union LLC
    c/o: The Prentice-Hall Corporation System Inc.
    1201 Hays Street
    Tallahassee Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, 17th Floor, Fort Lauderdale, Florida 33301
Phone: 954-907-1136 / E-mail: jibrael@jibraellaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Jordan Keeler

Date: July 17, 2023  _____

_____
*Signature of Clerk of Deputy Clerk*

CASE: 6:23-cv-01329-WWB-DCI