**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KIVA HAIR,

              Plaintiff,

v.                                      Case No.: 6:23-cv-1329-WWB-DCI

EXPERIAN INFORMATION
SOLUTIONS INC., TRANS UNION LLC
and ZIONS DEBT HOLDINGS LLC,

              Defendants.

_____

## <u>ORDER</u>

      The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant Experian Information Solutions Inc.  (Doc. 8 at 1).

      Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** as to Defendant Experian Information Solutions Inc., subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to amend the case style accordingly.

      **DONE AND ORDERED** at Orlando, Florida on August 4, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record