UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-CV-01329-WWB-DCI

KIVA HAIR,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, ZION DEBT HOLDINGS LLC AND TRANS UNION LLC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC, ONLY

Plaintiff Kiva Hair submits this Notice of Settlement and states that Plaintiff and Defendant Experian Solutions Inc. have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: August 8, 2023

                                    Respectfully Submitted,

                                    <u>/s/ Jennifer G. Simil</u>
                                    **JIBRAEL S. HINDI, ESQ.**
                                    Florida Bar No.: 118259
                                    E-mail:   jibrael@jibraellaw.com
                                    **JENNIFER G. SIMIL, ESQ.**
                                    Florida Bar No.: 1018195
                                    E-mail:   jen@jibraellaw.com
                                    The Law Offices of Jibrael S. Hindi
                                    110 SE 6th Street, Suite 1744
                                    Fort Lauderdale, Florida 33301
                                    Phone:    954-907-1136
                                    Fax:        855-529-9540

                                    *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 8, 2023, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                    <u>/s/ Jennifer G. Simil</u>
                                    **JENNIFER G. SIMIL, ESQ.**
                                    Florida Bar No.: 1018195