UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIVA HAIR,

      Plaintiff,                                    Case No. 6:23-cv-01329-WWB-DCI

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION
LLC; and ZIONS DEBT
HOLDINGS LLC;

      Defendants.
_____/

**DEFENDANT TRANS UNION, LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Trans Union LLC ("Trans Union"), makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% more of the ownership in Trans Union LLC.

1

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   A. Kiva Hair, Plaintiff

   B. Jibrael S. Hindi, Esq.; Willie J. Brice, Jr.; and Jennifer G. Simil, Esq. of The Law Offices of Jibrael S. Hindi; Counsel for Plaintiff

   C. Zions Debt Holdings LLC; Defendant

   D. Experian Information Solutions, Inc.; Defendant

   E. Trans Union, LLC; Defendant

   F. Charlotte Long, Esq. of Trans Union, LLC; Counsel for Defendant Trans Union, LLC

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None known at this time

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   None known at this time

6. Identify each person arguably eligible for restitution:

Trans Union denies that it has any liability in this matter. Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
**Counsel for Defendant Trans Union, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10<u>th</u> day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>  */s/ Charlotte Long*
> Charlotte Long, Esq.